UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:12-CR-57-4D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | } | |
| | } | |
| V | } | ORDER TO SEAL |
| | } | |
| KWAMANE MONTE EVERETT | } | |

On the motion to seal [DE 149 ] by defendant, Kwamane Everett, and for good cause shown, it is hereby ORDERED that the defendant's [DE 149] be sealed until further notice by this Court.

IT IS SO ORDERED.

This the __16__ day of November, 2014.

James C. Dever, III
Chief United States District Court Judge