IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:12-CR-57-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KWAMANE MONTE EVERETT, | ) | |
| | ) | |
| Defendant. | ) | |

Kwamane Monte Everett ("Everett") seeks a sentence reduction through credit for jail time

[D.E. 182, 203]. Everett's federal sentence runs concurrent with his state sentence. See [D.E. 175]

25.

The record does not reflect that Everett has exhausted his administrative remedies. Thus,

the court DENIES Everett's motions for a sentence reduction without prejudice [D.E. 182, 203].

SO ORDERED. This _11_ day of April 2016.

JAMES C. DEVER III
Chief United States District Judge