IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:12-CR-57-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KWAMANE MONTE EVERETT, | ) | |
| | ) | |
| Defendant. | ) | |

Kwamane Monte Everett ("Everett") seeks credit for jail time [D.E. 229] and the appointment of counsel [D.E. 230] to assist. Everett's federal sentence runs concurrent with his state sentence. See [D.E. 159] 2; [D.E. 175] 25. Everett's motion for jail credit [D.E. 229] is DENIED without prejudice. Defendant needs to direct his request for jail credit to the Bureau of Prisons. Everett's motion for appointment of counsel [D.E. 230] is DENIED.

SO ORDERED. This 9 day of April 2018.

JAMES C. DEVER III
Chief United States District Judge