UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:12-CR-00057-D-4

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KWAMANE EVERETT | ORDER |

THIS CAUSE came on to be heard and was heard upon the Defendant's Motion to Seal the Ex-Parte Sealed Motion, which is docket entry number 285. The Court is of the opinion that this motion and its corresponding Order should be filed under seal in the interest of justice.

IT IS, THEREFORE ORDERED that the requested documents to be sealed and be filed under seal.

SO ORDERED. This **23** day of September, 2021.

JAMES C. DEVER III
United States District Judge