UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

Motion for Revocation on Offender Under Supervised Release

| | | | |
|---|---|---|---|
| Name of Offender: | Kwamane Monte Everett | Case Number: | 4:12-CR-57-4D |
| Name of Sentencing Judge: | Honorable James C. Dever III | | |
| Date of Original Sentence: | November 18, 2014 | | |
| Original Offense: | Count 1 – Interference With Commerce by Robbery and Aiding and Abetting 18 U.S.C. § 1951 and 18 U.S.C. § 2 | | |
| | Count 2 – Using or Carrying a Short Barreled Firearm During and in Relation to a Crime of Violence and Aiding and Abetting 18 U.S.C. § 924(c)(1)(A), 18 U.S.C. § 924(c)(1)(A)(ii), and 18 U.S.C. § 924(c)(1)(B)(i) | | |
| Original Sentence: | 114 months imprisonment; 36 months supervised release | | |
| Type of Supervision: | Supervised Release | Supervision Started: | 9/2/2022 |
| Defense Attorney: | Rosemary Godwin | | |

EARLIER COURT ACTION

3/1/23     A Violation Report was submitted stating the defendant submitted a urinalysis sample which tested positive for marijuana on February 16, 2023. This officer recommended no further action as the intensity of substance abuse treatment at First Step Services and frequency of testing in the Surprise Urinalysis Program was increased. Your Honor agreed with this recommendation on March 2, 2023.

4/19/23     A Violation Report was submitted stating the defendant submitted a urinalysis sample which tested positive for marijuana on March 1, 2023. This officer recommended no further action as the frequency of contacts with this officer was increased and the offender was enrolled in individual substance abuse counseling at First Step Services. Your Honor agreed with this recommendation on April 21, 2023.

6/6/23     A Violation Report was submitted stating the defendant submitted a urinalysis sample which tested positive for marijuana on May 31, 2023. This office recommended no further action as the offender was enrolled in individual substance abuse counseling at First Step Services. Your Honor agreed with this recommendation on June 7, 2023.

PETITIONING THE COURT

Violation 1 -     Using a controlled substance.

       The defendant submitted a urinalysis sample which tested positive for marijuana on June 15, 2023.

In view thereof, we respectfully petition the court to schedule a hearing, issue a notice to the defendant, and recommend that the term of supervision be revoked.

This the 26th day of June, 2023.

Kwamane Monte Everett
Docket No. 4:12-CR-57-4D
PROB 12C
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

<u>/s/ Peter J. Yalango</u>
Peter J. Yalango
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 910-354-2546
Executed On: June 26, 2023